**Plan Addendum "A" to Amended Chapter 13 Plan of Paul White**
07-14699 JKF

1. Notwithstanding any provision in this plan to the contrary, the trustee's percentage shall float in accordance with the law. All claims of unsecured creditors shall be paid *pro rata*, regardless of any calculation herein to the contrary. Property of the estate shall revest in the debtor(s)' upon confirmation.

2. Confirmation of this plan shall bar any secured creditor from claiming, demanding, collecting or suing the debtor, subsequent to the chapter 13 discharge, for any additional sum which could have been claimed under the plan or modified plan, which sums include but not limited to post-petition ("pp") interest, pp late fees, pp attorney's fees, pp or prepetition sheriff's or court costs. All pp charges in excess of it's allowed claim must be approved by the court or else they shall be deemed discharged upon entry of the discharge.

3. Upon entry of the order of discharge, any motor vehicle creditors shall, within 30 days of the date thereof, deliver to the debtor his original vehicle title, and appropriate satisfaction documents of any lien thereon of that creditor. The said title shall be stamped "lien satisfied" or equivalent language and signed by an authorized agent of the said creditor. No fee shall be charged to the debtor for this service.